In the Matter of the Arbitration between COMPAGNIE FRANCAISE DES PETROLES, Respondent, and PANTEPEC OIL COMPANY, C. A., Appellant.

Argued January 14, 1953; decided March 6, 1953.

*William Shields, Jr.,* and *Mahlon B. Doing* for appellant.

*Edward J. McGratty, Jr.,* and *Charles N. Lowrie, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.